[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 483.]

KING DEVELOPMENT COMPANY ET AL., APPELLANTS, *v*. FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLEES.

CHATTERTON CLUB, L.P. APPELLANT, *v*. FRANKLIN COUNTY BOARD OF REVISION ET AL., APPELLEES.

C.O.A. HOUSING, INC., APPELLANT, *v*. VAN WERT COUNTY BOARD OF REVISION ET AL., APPELLEES.

[Cite as *King Dev. Co. v. Franklin Cty. Bd. of Revision*, 1997-Ohio-198.]

*Unauthorized practice of law—Preparation and filing of a complaint with a board of revision constitute the practice of law.*

(Nos. 96-541, 96-542 and 96-545—Submitted April 1, 1997—Decided May 21, 1997.)

APPEAL from the Board of Tax Appeals, Nos. 93-T-28, 93-T-29, 93-T-49, 93-T-50, 93-T-51 and 93-T-52, in case No. 96-541.

APPEAL from the Board of Tax Appeals, No. 93-A-172, in case No. 96-542.

APPEAL from the Board of Tax Appeals, No. 94-P-759, in case No. 96-545.

_____

*Todd W. Sleggs*, for appellants King Development Co., Crofton Partners I, Crofton Partners II, Chatterton Club, L.P., and C.O.A. Housing, Inc.

*James R. Gorry*, Assistant County Prosecutor, for appellees Franklin County Board of Revision and Franklin County Auditor and Van Wert County Board of Revision and Van Wert Auditor.

*Teaford, Rich, Coffman & Wheeler, Jeffrey A. Rich* and *Karol Cassell Fox*, for appellees Board of Education of the Reynoldsburg City School District Board of Education and the Groveport Madison Local School District Board of Education.

_____

{¶ 1} *Sua sponte*, the causes are consolidated. The orders of the Board of Tax Appeals are affirmed on the authority of *Sharon Village Ltd. v. Licking Cty. Bd. of Revision* (1997), ___ Ohio St.3d ___, ___ N.E.2d ___, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____